# Affidavit of Process Server

US District Court for the Eastern District of New York
(NAME OF COURT)

Benjamin Ehrlich vs Royal Oak Financial Services    CV-12-3551
PLAINTIFF/PETITIONER        DEFENDANT/RESPONDENT              CASE NUMBER

I Michele Kriner, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served Royal Oak Financial Services
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) notice of law suit, summons & complaint

by leaving with Tammy Yoder     Administrative Manager At
NAME                         RELATIONSHIP

☐ Residence _____
ADDRESS                                    CITY / STATE

☒ Business 6412 River Crossings    Sylvania, OH 43560
ADDRESS                                    CITY / STATE

On 8/28/12 AT 1445hrs
DATE              TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) 8/28/12 1445hrs (2) _____
DATE        TIME            DATE    TIME

(3) _____ (4) _____ (5) _____
DATE  TIME      DATE  TIME      DATE  TIME

**Description:.** Age 50 Sex F Race W Height 5'5" Weight 160 Hair blnd Beard ___ Glasses ___

Michele Kriner
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 29 day of August, 2012 by Michele Kriner
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC

KIMBERLY L. COOK
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES   NOTARY PUBLIC for the state of OHIO

NAPPS     FORM 2     NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS